572

Louis H. Pink, Original Plaintiff, Robert E. Dineen, Superintendent of Insurance of State of New York, as Liquidator of National Surety Company, Successor Plaintiff, Appellee, v. Peter S. Sarelas, Appellant.

Gen. No. 44,406.

opinion filed November 3, 1948; rehearing denied November 23, 1948; released for publication December 2, 1948. George A. Bosomburg, for appellant; Henry G. Ferncase, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

William G. Galloway, Appellant, v. Atchison, Topeka and Santa Fe Railway Company, Appellee.

Gen. No. 44,302.

opinion filed

November 10, 1948; released for publication December 2, 1948. Julius S. Neale, for appellant; Walter E. Moss, of counsel; Thomas J. Barnett, Floyd J. Stuppi, Philip E. Von Ammon and A. R. Peterson, for appellee; A. R. Peterson, Harold W. Huff and John R. Rogers, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

## Geraldine Lewand, Appellant, v. Raymond Lewand, Appellee.

Gen. No. 44,482.

opinion filed November 10, 1948; released for publication December 2, 1948. Bye, McNeill & McElroy, for appellant; Eugene P. Meegan, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

## Morris A. Sokoloff et al., Trading as A & A Boiler and Tank Works, Appellees, v. Highway Steel Products Company, Appellant.

Gen. No. 44,155.